UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: STEVEN WAYNE BONILLA | No. 2:24-cv-00664-JAM-CSK |
| | No. 2:24-cv-00665-JAM-CSK |
| | No. 2:24-cv-00666-JAM-CSK |
| | No. 2:24-cv-00667-JAM-CSK |
| | No. 2:24-cv-00668-JAM-CSK |
| | No. 2:24-cv-00697-JAM-CSK |
| | No. 2:24-cv-00698-JAM-CSK |
| | No. 2:24-cv-00699-JAM-CSK |
| | No. 2:24-cv-00700-JAM-CSK |
| | No. 2:24-cv-00701-JAM-CSK |
| | **ORDER** |

Plaintiff Steven Wayne Bonilla is a state prisoner proceeding without counsel in the above-captioned civil actions. On November 29, 2018, the Court declared Plaintiff a vexatious litigant and ordered the Clerk of the Court not to file or assign a civil case number to any proposed habeas corpus petition or civil action related to Plaintiff's criminal conviction in Alameda County. (See Bonilla v. Fresno County, Case No. 2: 18-cv-2544-TLN-KJN, ECF No.

1

1  13).  On June 14, 2023, the Court modified its vexatious litigant Order and directed the Clerk of
2  the Court to open a new case for each attempted new pleading and assign it to the Court for
3  review.  (Id. at ECF No. 26.)   If the Court determines the new filing is related to Plaintiff's
4  Alameda County criminal conviction, the case will be ordered dismissed and closed.  (Id.)
5       The Court has reviewed the complaints/petitions filed in the above-captioned cases and
6  finds they are related to Plaintiff's Alameda County criminal conviction.
7       Accordingly, IT IS HEREBY ORDERED that 2:24-cv-00664, 2:24-cv-00665, 2:24-cv-
8  00666, 2:24-cv-00667, 2:24-cv-00668, 2:24-cv-00697, 2:24-cv-00698, 2:24-cv-00699, 2:24-cv-
9  00700 and 2:24-cv-00701 are **DISMISSED**; the Clerk of the Court is **DIRECTED** to **CLOSE**
10 these cases.  **No further filings will be accepted**.

Dated: April 04, 2024              /s/ John A. Mendez
                                   THE HONORABLE JOHN A. MENDEZ
                                   SENIOR UNITED STATES DISTRICT JUDGE

2